Before STATE INDUSTRIAL COMMISSION. In the Matter of the Claim of CHARLES E. SHARLOW, for Compensation under the Workmen's Compensation Law, v. SHARLOW BROTHERS COMPANY, Employer, and EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LTD., Insurance Carrier.— Question certified answered in the negative on the authority of *Matter of Bowne* v. *Bowne Co.* (221 N. Y. 28). All concurred.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of Mrs. LOTTIE COONS, Respondent, for Compensation for Herself and Children for the Death of BERNARD COONS, v. ENDICOTT-JOHNSON COMPANY, Employer, and EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LTD., Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of ALPHONSE BEAUDET, Respondent, for Compensation under the Workmen's Compensation Law, v. GEORGE MERTZ'S SONS, Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Award affirmed. All concurred, except Kellogg, P. J., and Cochrane, J., dissenting.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law of WINIFRED MACK, Widow, Respondent, for the Death of JAMES MACK, v. NEW YORK DOCK COMPANY, Employer, and UNITED STATES FIDELITY AND GUARANTY COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of HENRY CARLSON, Appellant, for Compensation under the Workmen's Compensation Law, v. J. EDWARD OGDEN COMPANY, INC., Employer, and STATE INSURANCE FUND, Insurance Carrier, Respondents.— Question certified answered in the affirmative on the authority of *Matter of Post* v. *Burger & Gohlke* (216 N. Y. 544). All concurred, except Kellogg, P. J., and Cochrane, J., dissenting.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by ANN CLAIR CAIN, Widow, etc., v. UNITED BREEDERS COMPANY, Employer, and EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LIMITED, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION. In the Matter of the Claim of MICHAEL SCHULTZ, for Compensation under the Workmen's Compensation